### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM L. COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-07-342-F |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On November 24, 2008, United States Magistrate Judge Bana Roberts issued a Report and Recommendation, wherein she recommended that the Commissioner's final decision denying plaintiff's applications for disability insurance benefits and supplemental security income payments under the Social Security Act be affirmed.

Presently before the court is the objection of plaintiff to the Report and Recommendation. Having conducted a *de novo* review of the matter in accordance with 28 U.S.C. § 636(b)(1), the court concurs with the analysis and recommendation of Magistrate Judge Roberts. The court finds plaintiff's objection to be without merit. Therefore, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Second Report and Recommendation issued by United States Magistrate Judge Bana Roberts on November 24, 2008 (doc. no. 41) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Michael J. Astrue, Commissioner of Social Security Administration, denying plaintiff, William L.

Collins' applications for disability insurance benefits and supplemental security income payment is **AFFIRMED**. Judgment shall issue forthwith.

DATED December 31, 2008.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0342p007.wpd